Z. Kathryn Branson
Nevada State Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Email:  kbranson@littler.com

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE KIRK,<br><br>                    Plaintiff,<br><br>     v.<br><br>WALMART INC., an Arkansas corporation; ROE CORPORATIONS 1 to 10,<br><br>                    Defendants. | Case No. 2:23-cv-00020-APG-EJY<br><br>STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION<br><br>[FIRST REQUEST] |

Plaintiff LEE KIRK ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation (ENE) Session presently scheduled for March 23, 2023 at 10:00 a.m., before U.S. Magistrate Judge Daniel J. Albregts (**ECF No. 11**), due to the unavailability of Defendant's representative, who will be in a company-wide meeting, as well as the trial schedule of Plaintiff's counsel.

The parties are available and propose the following eight (8) alternative dates, or any other dates available on this Court's calendar on or after March 23, 2023:

- ***April 19, 2023***
- ***April 20, 2023***
- ***April 21, 2023***
- ***April 24, 2023***
- ***April 25, 2023***
- ***April 26, 2023***

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

4893-9307-1442.1 / 080000-4299

- ***April 27, 2023***
- ***April 28, 2023***

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Albregts' chambers one week prior to the new date of the ENE Session **by 4:00 p.m.**

The parties further request that any motions for exemption from the Court's attendance requirements at the ENE be reset to 10 days prior to the new date of the ENE Session.

This extension is sought in good faith, and not for the purpose of delay.

Dated:  March 13, 2023

Respectfully submitted,

/s/ Jonathan D. Roven
JONATHAN D. ROVEN, ESQ.

Attorneys for Plaintiff
LEE KIRK

Dated: March 13, 2023

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**  The Early Neutral Evaluation scheduled for March 23, 2023 is VACATED and **RESET** to **Thursday, April 27, 2023** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on Thursday, April 20, 2023.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 11) remain in effect.

DATED:  March 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4893-9307-1442.1 / 080000-4299