Z. Kathryn Branson
Nevada State Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Email:  kbranson@littler.com

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LEE KIRK,<br><br>                    Plaintiff,<br><br>     v.<br><br>WALMART INC., an Arkansas corporation;<br>ROE CORPORATIONS 1 to 10,<br><br>                    Defendants. | Case No. 2:23-cv-00020-APG-EJY<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S SECOND MOTION TO REMAND (ECF #26)**<br><br>[FIRST REQUEST] |

Plaintiff LEE KIRK ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their respective counsel, hereby stipulate and agree to an extension of the deadline for Defendant to file their Opposition to Plaintiff's Second Motion to Remand (ECF #26).  The parties stipulate that the deadline for Defendant's Opposition will be May 11, 2023.  The parties so

/ / /

/ / /

/ / /

4867-4211-1328.1 / 080000-4299

stipulate based on Defendant counsel's scheduling conflicts.

    This extension is sought in good faith, and not for the purpose of delay.

Dated:  May 1, 2023

Respectfully submitted,

/s/ Jonathan D. Roven
JONATHAN D. ROVEN, ESQ.

Attorneys for Plaintiff
LEE KIRK

Dated: May 1, 2023

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

Dated:  May 1, 2023

_____
UNITED STATES MAGISTRATE JUDGE

4867-4211-1328.1 / 080000-4299