Z. Kathryn Branson
Nevada State Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Email:  kbranson@littler.com

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE KIRK,<br><br>              Plaintiff,<br><br>     v.<br><br>WALMART INC., an Arkansas corporation;<br>ROE CORPORATIONS 1 to 10,<br><br>              Defendants. | Case No. 2:23-cv-00020-APG-EJY |

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

Plaintiff LEE KIRK ("Plaintiff") and Defendant WALMART INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action

/ / /

/ / /

/ / /

4863-0444-1717.1 / 080000-4299

and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

| | |
|---|---|
| Dated: September 21, 2023 | Dated: September 21, 2023 |
| JONATHAN D. ROVEN | LITTLER MENDELSON P.C. |
| /s/ Jonathan D. Roven<br>Jonathan D. Roven (#015807)<br>3753 Howard Hughes Pkwy<br>Suite 200<br>Las Vegas, NV 89169<br>jon@thenevadalawyer.com | Z. Kathryn Branson (#11540)<br>3960 Howard Hughes Parkway, #300<br>Las Vegas, NV 89169<br>T: 702.862.8800<br>kbranson@littler.com |
| Attorneys for Plaintiff<br>LEE KIRK | Attorneys for Defendant<br>WALMART INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 22, 2023

4863-0444-1717.1 / 080000-4299

2